1048

[No. 56903-1-I. Division One. July 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. M.H., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-8-03952-5, Philip G. Hubbard, Jr., J., entered September 14, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57193-1-I. Division One. July 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT JAY WOODS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-1-00610-5, Steven J. Mura, J., entered October 27, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57212-1-I. Division One. July 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DIAMOND W. ALEXANDER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-13066-9, Christopher A. Washington, J., entered October 14, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57291-1-I. Division One. July 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN D. URVINA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-13744-1, Laura Gene Middaugh, J., entered November 21, 2005. *Affirmed* by unpublished per curiam opinion.